UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND,

                        Plaintiffs,

    -against-

UNION LABOR MAINTENANCE, INC. and its successors
and/or its alter egos U-L MANAGEMENT, INC.;
U-L MANAGEMENT; and John Reed,
Michael McCarthy and Paul Searfoss d/b/a
U-L MANAGEMENT
                        Defendants.
----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Service 32BJ Health Fund, Building Service 32BJ Legal Services Fund, and the Building Thomas Shortman Training, Scholarship and Safety Fund, certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                        None

Dated: New York, New York
       May 28, 2008

                        RAAB, STURM, GOLDMAN & GANCHROW, LLP

                        By: _____
                             Ira A. Sturm (IS-2042)
                             *Attorneys for Plaintiffs Funds*
                             317 Madison Avenue, Suite 1708
                             New York, New York 10017
                             Tel. (212) 683-6699
                             Fax (212) 779-8596