UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND, :
BUILDING SERVICE 32BJ LEGAL SERVICES :
FUND, BUILDING SERVICE 32BJ THOMAS :
SHORTMAN TRAINING, SCHOLARSHIP AND :
SAFETY FUND, : **AFFIDAVIT OF ATTEMPTED**
                         Plaintiffs, : **SERVICE**
   -against- :
 :
UNION LABOR MAINTENANCE, INC. and its successors : 08-CV-5022 (JSR)
and/or its alter egos U-L MANAGEMENT, INC.; :
U-L MANAGEMENT; and John Reed, :
Michael McCarthy and Paul Searfoss d/b/a :
U-L MANAGEMENT :
 :
                       Defendants. :
------------------------------------------------------------------X

State of New York

County of New York

      Tara Zamboli, residing in Bronx, New York, being duly sworn, deposes and says, that I am over the age of eighteen years, is not a party to this action and has personal and first hand knowledge of all matters stated herein;

1. On July 18, 2008, I served a true copy of the Notice of Motion, Affidavit and Memorandum of Law, in a sealed envelope, with postage prepaid thereon, in a post-office of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

   UNION LABOR MAINTENANCE, INC.
   U-L MANAGEMENT, INC.
   U-L MANAGEMENT
   JOHN REED
   MICHAEL McCARTHY
   PAUL SEARFOSS
   20 Commerce drive
   Cranford, New Jersey 07016

   UNION LABOR MAINTENANCE, INC.
   U-L MANAGEMENT, INC.
   U-L MANAGEMENT
   JOHN REED
   MICHAEL McCARTHY

PAUL SEARFOSS
265 Crawford Terrace
Union, New Jersey 07083

UNION LABOR MAINTENANCE, INC.
U-L MANAGEMENT, INC.
U-L MANAGEMENT
JOHN REED
MICHAEL McCARTHY
PAUL SEARFOSS
14 Kenilworth Drive
Short Hills, New Jersey 07078

UNION LABOR MAINTENANCE, INC.
U-L MANAGEMENT, INC.
U-L MANAGEMENT
JOHN REED
MICHAEL McCARTHY
PAUL SEARFOSS
546 Plainfield Avenue,
Berkeley Heights, New Jersey 07922

2. On July 18, 2008, at approximately 3:50p .m., I served the Notice of Motion, Affidavit and Memorandum of Law on the defendants in this action, by transmitting a true copy of the above described papers via the telephone number (908) 272-7499 a number identified as the facsimile number of U-L Management and receiving a signal from the facsimile equipment of the sender indicating the facsimile was received.

3. On July 18, 2008, at approximately 3:40 p.m., I served the Notice of Motion, Affidavit and Memorandum of Law on the defendants in this action, by transmitting a true copy of the above described papers via electronic mail to the address www.ulmanagement.com an address identified as the electronic mail address of U-L Management and receiving a signal that the electronic mail address was "Remote SMTP server has rejected address".

Tara Zamboli

Subscribed and sworn to before me
this 18th day of July, 2008

_____
NOTARY
IRA A. STURM
Notary Public, State of New York
No. 30-4722707
Qualified in Nassau County
Commission Expires March 30, ____