```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BUILDING SERVICE 32BJ HEALTH FUND et :
al.,                                 :
                                     :    08 Civ. 5022 (JSR)
          Plaintiffs,                :
                                     :         ORDER
          -v-                        :
                                     :
UNION LABOR MAINTENANCE, INC. et     :
al.,                                 :
                                     :
          Defendants.                :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    Based on plaintiffs' counsel's representations at a conference in the above-captioned case, see transcript, 7/23/08, plaintiffs' motion to serve defendants by alternate means is denied as moot. The Clerk of the Court is directed to close document number 4 in the Court's docket.

    SO ORDERED.

*[signature]*
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 23, 2008

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7-24-08]*